**FILED**

AUG 6 – 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

THU THAO HUYNH,

      Defendant.

_____/

No. CR-07-00150-MJJ

**REPORT & RECOMMENDATION
RE: REVIEW OF DEFENDANT'S
FINANCIAL CIRCUMSTANCES
AT THE END OF THE CASE**

On August 3, 2007, I received the defendant's financial declaration and questioned her on the record about her economic circumstances. Although she is currently employed, and has income, she also has significant ongoing expenses. The defendant has one asset of potential significance - real estate in which her husband has an interest of disputed extent. The defendant and her husband are in proceedings in Alameda County Superior Court with respect to this property (See attached documents). As a result, the property is not accessible now and it is uncertain that the defendant ultimately will be adjudged to have substantial equity. Therefore, it is appropriate to appoint Assistant Federal Public Defender John Paul Reichmuth to represent her. However, I recommend that, at the end of her case, District Judge Martin J. Jenkins may review the defendant's financial circumstances to determine whether it would be appropriate to order her to reimburse the public for some or all of the publicly-born costs of representing her in this case.

    IT IS SO REPORTED AND RECOMMENDED.

Dated: 8-06-07

WAYNE D. BRAZIL
United States Magistrate Judge

cc: Copy to parties via ECF, WDB's Stats, Ed Butler for Monica Narcisse, Financial

G:\WDB\IVY\CRORDERS\Huynh appt.frm

1 | **ROBERTS & ELLIOTT LLP**
Ten Almaden Boulevard
2 | Suite 500
San Jose, CA  95113
3 | Telephone:   (408) 275-9800
Fax:            (408) 287-3782
4 |
JAMES ROBERTS, ABN 98804
5 | SHARMI SHAH, ABN 233110
Attorneys for Plaintiff
6 |
7 |
8 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
9 | IN AND FOR THE COUNTY OF ALAMEDA
10 | GENERAL JURISDICTION
11 |
12 | LINH NGUYEN
13 |                          Plaintiff,
14 | vs.
15 | THU THAO THI HUYNH, et al,
16 |                          Defendants.
17 |
18 | TO EACH PARTY AND HIS OR HER ATTORNEY OF RECORD:
19 |        NOTICE is HEREBY GIVEN that Santa Clara County Case No. 1-06-CV-066173
20 | has been transferred to the Alameda County Superior Court, Hayward Division and been
21 | assigned Alameda County Case No. HG06278014.
22 |
23 |
24 |
25 | DATED: ___7 – 3+ o 6___
26 |
27 |
28 |

**ENDORSED**
**FILED**
ALAMEDA COUNTY

**AUG 1 5 2006**

CLERK OF THE SUPERIOR COURT
By Cecilia Anchuntio, Deputy

NO. HG06278014

NOTICE OF TRANSFER

ROBERTS & ELLIOTT LLP
Attorney for Plaintiff
LINH NGUYEN

By: _____
        JAMES ROBERTS
        Attorney at Law

NOTICE OF TRANSFER

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THU THAO THI HUYNH AND ALL PERSONS UNKNOWN, CLAIMING
ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR
INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT
ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON
PLAINTIFF'S TITLE THERETO, DOES ONE through TEN,
INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LINH NGUYEN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

Delia Bellot

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SANTA CLARA<br>191 North First Street<br>San Jose, CA   95113 | CASE NUMBER:<br>*(Número del Caso):*<br>**1-06CV066173** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JAMES  ROBERTS, ABN 98804                          (408) 275-9800
ROBERTS & ELLIOTT, LLP
Ten Almaden Boulevard, Suite 500
San Jose, CA   95113

DATE: Kiri Torre                          Clerk, by        Delia Bellot        , Deputy
*(Fecha)*  JUN 2 6 2006   Chief Executive Officer/Clerk *(Secretario)*                          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

1  **ROBERTS & ELLIOTT LLP**
   Ten Almaden Boulevard
2  Suite 500
   San Jose, CA  95113
3  Telephone:   (408) 275-9800
   Fax:         (408) 287-3782
4
   JAMES ROBERTS, SBN 98804
5  KIRK W. ELLIOTT, ABN 141641
   SHARMI SHAH, ABN 233110
6  Attorneys for Plaintiff

                                                    Delia Bellot
7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               IN AND FOR THE COUNTY OF SANTA CLARA

10                        GENERAL JURISDICTION

11

12  LINH NGUYEN                          )
                                         )
13                  Plaintiff,           )   CASE NO. 106CV066173
                                         )
14  vs.                                  )   **COMPLAINT FOR RESULTING**
                                         )   **TRUST, PARTITION, QUIET**
15  THU THAO THI HUYNH AND ALL           )   **TITLE, and DECLARATORY**
    PERSONS UNKNOWN, CLAIMING ANY        )   **RELIEF**
16  LEGAL OR EQUITABLE RIGHT, TITLE,     )
    ESTATE, LIEN, OR INTEREST IN THE     )
17  PROPERTY DESCRIBED IN THE            )
    COMPLAINT ADVERSE TO PLAINTIFF'S     )
18  TITLE, OR ANY CLOUD UPON             )
    PLAINTIFF'S TITLE THERETO, DOES      )
19  ONE through TEN, INCLUSIVE,          )
                                         )
20                  Defendants.          )
                                         )
21  _____ )

22      Plaintiff complains of Defendants, and each of them, and alleges:

23                        **GENERAL ALLEGATIONS**

24      1.      Plaintiff does not know the true names and capacities of the Defendants sued

25  herein as DOES 1 through 10, inclusive, and therefore sues such fictitious Defendants by

26  such fictitious names.  Plaintiff will amend this complaint to state the true names and

27  capacities of said Defendants when the same become known to Plaintiff.  Plaintiff is

28  informed and believes, and on that basis alleges, that each of said fictitious Defendants

COMPLAINT FOR RESULTING TRUST, PARTITION,
QUIET TITLE, and DECLARATORY RELIEF
                                                                      1

1   is negligent or otherwise responsible for the matters alleged herein and proximately caused

2   the damages complained of herein.

3         2.      The defendants herein named as "all persons unknown, claiming any legal

4   or equitable right, title, estate, lien, or interest in the property described in the complaint

5   adverse to plaintiff's title, or any cloud on plaintiff's title thereto" (hereinafter sometimes

6   referred to as "the unknown defendants") are unknown to plaintiff(s). These unknown

7   defendants, and each of them, claim some right, title, estate, lien, or interest in the

8   hereinafter-described property adverse to plaintiff's/plaintiffs' title; and their claims, and

9   each of them, constitute a cloud on plaintiff's/plaintiffs' title to that property.

10        3.      Plaintiff  is informed and believes, and on that basis alleges, that on each

11  occasion mentioned herein, each of the Defendants was the agent and/or employee of

12  each of the other Defendants mentioned herein and was acting within the scope and

13  course of his agency and/or employment at the times and places mentioned herein.  All

14  acts alleged to have been done by each Defendant was both ratified and authorized by the

15  remaining Defendants. Each Defendant assisted each of the other Defendants mentioned

16  herein in retaining the real property of an elder or dependent adult to a wrongful use or with

17  intent to defraud, or both, as hereinafter alleged.

18        4.      On information and belief, Plaintiff believes that Americas Wholesale Lender

19  has an interest in the property at 5728 Forbes Drive, Newark, CA 94560 (legal description:

20  LOT: 19, TRACT NUMBER: 7123; RECORDER'S MAP REFERENCE: MB250) through

21  a purchase money loan.

22        5.      On information and belief, Plaintiff believes that the U.S. District Court –

23  Northern District of California has an interest in the property at 5728 Forbes Drive, Newark,

24  CA 94560 (legal description: LOT: 19, TRACT NUMBER: 7123; RECORDER'S MAP

25  REFERENCE: MB250) through a property bond.

26        6.      On information and belief, at all times mentioned herein, Defendant THU

27  HUYNH was and is now residing in the County of Alameda, State of California.

28  //

COMPLAINT FOR RESULTING TRUST, PARTITION,
QUIET TITLE, and DECLARATORY RELIEF

1    7.   Plaintiff LINH NGUYEN was and is now residing in the County of Alameda,
2  State of California.

3    8.   On or about January 1996, Plaintiff and Defendant met in Newark, California.
4  At that time Plaintiff and Defendant were both working as travel agents for U.S. Tours.

5    9.   On or about October 14, 1996, the parties agreed to move in together and
6  live as a family unit (hereinafter referred to as "the agreement").

7         On and after about October 14, 1996, and thorough on or about June 30,
8  2003, Plaintiff and Defendant lived together as a family unit, combined their efforts, shared
9  and consulted with each other on financial decision and matters, pooled their earnings and
10  shared equally in any and all property acquired or accumulated by the parties or either of
11  them, as a result of their joint or individual efforts.  During the course of the aforesaid
12  relationship, on April 21, 1998, Plaintiff and Defendant THU HUYNH 's first son, Huy Nhat
13  Nguyen, was born. On February 25, 2000, Plaintiff and Defendant THU HUYNH 's second
14  son, Hoang Nhat Nguyen was born.  Plaintiff and Defendant THU HUYNH also jointly
15  raised their children and contributed to the financial support of their children.  At that time
16  and at all times until renounced on or about June 30, 2003,  Plaintiff was in a family and
17  fiduciary relationship with Defendant THU HUYNH who participated in the management
18  of the personal, medical, business, financial, real estate and legal matters with Plaintiff.

19    10.  On or about September 15, 2000, Plaintiff and Defendant THU HUYNH
20  purchased a residence at 32206 Horatio Court, Union City, CA 94857 (legal description:
21  LOT: 3; CITY: UNION CITY; TRACT: 6935; APN 543-0404-067).  Plaintiff and Defendant
22  contributed equally to the down payment for the residence and to the monthly mortgage
23  payments.  Plaintiff also paid the entire bill for utilities.  The residence was purchased
24  under Defendant's name. On or about December 17, 2003, Plaintiff and Defendant THU
25  HUYNH sold the residence at 32206 Horatio Court, Union City, CA 94857 (legal
26  description: LOT: 3; CITY: UNION CITY; TRACT: 6935; APN 543-0404-067).

27    11.  On or about June 12, 2003, Plaintiff and Defendant THU HUYNH purchased
28  a second residence at 5728 Forbes Drive, Newark, CA 94560 (legal description: LOT: 19,

COMPLAINT FOR RESULTING TRUST, PARTITION,
QUIET TITLE, and DECLARATORY RELIEF                                                     3

1  TRACT NUMBER: 7123; RECORDER'S MAP REFERENCE: MB250).  Again, the
2  residence was purchased under Defendant's name. Defendant THU HUYNH occupies this
3  property at the time of the filing of this action

4     12.    On or about March 30, 2004, an arrest warrant was issued for Defendant
5  THU HUYNH by the U.S. Federal Court – Southern District of Texas.

6     13.    On or about April 1, 2004, Defendant THU HUYNH was arrested in California.

7     14.    On or about April 6, 2004, Defendant THU HUYNH was indicted for three
8  counts of Money Laundering and Bank Secrecy Penalty and Failure to file CTRS (Currency
9  Transaction Reports) by Financial Institution.

10    15.    On or about June 9, 2005 Defendant THU HUYNH entered a plea of guilty
11 Failure to file CTRS (Currency Transaction Reports) by Financial Institution.

12    16.    On or about December 9, 2005, Defendant THU HUYNH was sentenced to
13 six (6) months confinement to her residence (i.e. house arrest) and five (5) years probation.

**FIRST CAUSE OF ACTION**
**(Resulting Trust)**

16    17.    Plaintiff LINH NGUYEN incorporates Paragraphs 1 through 14.

17    18.    On or about June 12, 2003, Plaintiff LINH NGUYEN, with his own money,
18 paid approximately $160,000.00 as down payment on real property located at 5728 Forbes
19 Drive, Newark, CA 94560 (legal description: LOT: 19, TRACT NUMBER: 7123;
20 RECORDER'S MAP REFERENCE: MB250).  The balance of the purchase price was
21 secured by a purchase money first deed of trust, the monthly payments on which Plaintiff
22 and Defendant agreed to each pay one-half. The deed of trust was recorded on June 25,
23 2003.  The property was titled in the name of Defendant  THU HUYNH  due to credit
24 consideration of the parties.

25    19.    In consideration of Plaintiff's payment, Gary and Dee Dee Troiani granted the
26 above-described property at Forbes Drive to Defendant by deed dated on or about
27 June 12, 2003, and recorded on June 25, 2003, in the County Recorder of Alameda
28 County, California.

COMPLAINT FOR RESULTING TRUST, PARTITION,
QUIET TITLE, and DECLARATORY RELIEF

4

20.     At all times mentioned herein, Plaintiff was the equitable owner and Defendant was the legal owner of the real property at Forbes Drive. At all times mentioned herein, it was and is the intention of the parties that Defendant THU HUYNH holds a fifty per cent (50%) interest in the property in trust for Plaintiff LINH NGUYEN until such time as Plaintiff and Defendant vacated the property, at which time the property would be sold and Plaintiff would receive fifty per cent (50%) of the net proceeds of the sale.

21.     On or about December17, 2003, Plaintiff and Defendant sold their first residence the real property at 32206 Horatio Court, Union City, CA 94857 (legal description: LOT: 3; CITY: UNION CITY; TRACT: 6935; APN 543-0404-067) and Defendant THU HUYNH received a check for $192,792.07.

22.     Plaintiff is informed and believes that proceeds of the 32206 Horatio Court property were invested into 5728 Forbes Drive, Newark, CA 94560 (legal description: LOT: 19, TRACT NUMBER: 7123; RECORDER'S MAP REFERENCE: MB250).

23.     Plaintiff by this action demands that Defendant either sell the property or pay Plaintiff his equity share. Defendant failed and refused, and continues to fail and refuse, to comply with Plaintiff's demand.

## SECOND CAUSE OF ACTION
### (Partition)

24.     Plaintiff LINH NGUYEN incorporates Paragraphs 1 through 21.

25.     The subject of this action is certain real property situated in Alameda County, California.  The real property is commonly known as 5728 Forbes Drive, Newark, CA 94560 and more particularly described as follows: LOT: 19, TRACT NUMBER: 7123; RECORDER'S MAP REFERENCE: MB250.

26.     Plaintiff LINH NGUYEN is the owner of an undivided one-half interest in the above-mentioned property which is co-owned by Defendant THU HUYNH concurrently and which Plaintiff reasonably believes will be materially affected by this action.

27.     Plaintiff designates all persons unknown claiming any interests in the property as Defendants DOES 1-10 inclusive.

COMPLAINT FOR RESULTING TRUST, PARTITION,
QUIET TITLE, and DECLARATORY RELIEF

28.    The liens and encumbrances on the property appearing of record or otherwise known to Plaintiff or apparent from an inspection of the property and that Plaintiff reasonably believes will be materially affected by this action are as follows: Americas Wholesale Lender (purchase money note for $450,000.00) and U.S. Federal Court – Northern District of California (property bond for $350,000).

29.    The ownership of the interest claimed by DOES 1 through 10 is unknown.

30.    Partition by sale of the property is more equitable than division in kind of the property because the property is a house and cannot be physically divided.

31.    This action is brought and partition is sought herein, for the common benefit of the parties, to preserve and secure to each of them his/her respective interest and rights in the property, and Plaintiff has incurred, and will incur, costs of partition herein, including reasonable attorney's fees, for the common benefit of the parties hereto, in an amount not yet ascertainable.

### THIRD CAUSE OF ACTION
### (Quiet Title)

32.    Plaintiff LINH NGUYEN incorporates Paragraphs 1 through 29.

33.    Plaintiff is the co-owner, having an equitable one-half interest in certain real property, located  at 5728 Forbes Drive, Newark, CA 94560 (legal description: LOT: 19, TRACT NUMBER: 7123; RECORDER'S MAP REFERENCE: MB250).

34.    The basis of Plaintiff's title is a resulting trust as described above.

35.    Plaintiff was seized of the above-described property within five years of the commencement of this action.

36.    Plaintiff is informed and believes and on such information and belief alleges that Defendant THU HUYNH claims an interest adverse to Plaintiff in the above-described property as an owner of the property that is the subject of this action.  Some of the unknown Defendants, specifically those additionally designated as DOES 1 through 10, claim interests in the property adverse to Plaintiff's as assignees and successors of Defendant THU HUYNH.

COMPLAINT FOR RESULTING TRUST, PARTITION,
QUIET TITLE, and DECLARATORY RELIEF

37. Plaintiff is seeking to quiet title against the claims of Defendant(s) as follows:

    a.    The claims of Defendant THU HUYNH;

    b.    The claims of the fictitiously named Defendants described above;

    c.    The unknown, uncertain, or contingent claims, if any, of Defendant(s).

38. The claim of DOES 1 through 10 is unknown.

39. Plaintiff(s) seek(s) to quiet title as of June 27, 2006.

## FOURTH CAUSE OF ACTION
### (Declaratory Relief)

40. Plaintiff incorporates Paragraphs 1 to 39.

41. Plaintiff is informed and believes, and on that basis alleges, that he has a one-half interest in the property at 5728 Forbes Drive, Newark, CA 94560 described as follows LOT: 19, TRACT NUMBER: 7123; RECORDER'S MAP REFERENCE: MB250. Said interest is currently being held in trust by Defendant THU HUYNH. Defendant(s) now claim(s) that Plaintiff does not have a one-half interest in the property.

42. An actual controversy has arisen and now exists between Plaintiff and Defendant(s) concerning their respective rights and duties in that Plaintiff contends that he has a one-half interest in the property, whereas Defendant(s) dispute this contention and contend that, Plaintiff does not have a one-half interest in the property.

43. Plaintiff desires a judicial determination of his rights and duties, and a declaration as to whether Plaintiff has a one-half interest in the Forbes Drive property.

44. A judicial declaration is necessary and appropriate at this time under the circumstances in order that Plaintiff may ascertain his rights and duties pursuant to the agreement between the parties regarding the ownership of the property.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. As to the First Cause of Action,

    A.    A declaration that Defendant holds title to the above-described real property at Forbes Drive as trustee of a resulting trust for the benefit of Plaintiff, and that

COMPLAINT FOR RESULTING TRUST, PARTITION,
QUIET TITLE, and DECLARATORY RELIEF

7

1  Plaintiff has equitable title to an undivided one-half interest in the above-described real

2  property, and that Defendant holds title to the property to that extent in trust for Plaintiff;

3          B.      A declaration that, if Plaintiff's interest in the above-described real

4  property is disposed of before this judgment becomes final, Plaintiff is the owner of an

5  undivided one-half interest in the proceeds of the real property including the note given in

6  payment for the property and the deed of trust securing it;

7          C.      An order that Defendant convey to Plaintiff forthwith an undivided

8  one-half interest in the above-described real property or to pay to Plaintiff one-half of the

9  proceeds of the sale;

10          D.      An order that, if the property and its proceeds are disposed of by

11  Defendant before the judgment becomes final, Plaintiff have and recover judgment from

12  Defendant for one-half the value of the property, as according to proof;

13  2.      As to the Second Cause of Action (Partition), for partition in kind and/or by

14  sale of the present and/or future interest(s) in the property according to the respective

15  rights of the parties hereto;

16  3.      As to the Third Cause of Action (Quiet Title), for a judgment that Plaintiff is

17  an owner(s) in fee simple of the property and that Defendant(s) has no interest in the

18  property adverse to the Plaintiff;

19  4.      As to Fourth Cause of Action (Declaratory Relief), a declaration that Plaintiff

20  a one-half interest in the Forbes Drive property which has been held in trust by Defendant.

21  5.      For interest as allowable by law;

22  6.      For costs and attorneys fees;

23  7.      For such other and further relief as the court may deem proper

24                                  ROBERTS & ELLIOTT, LLP
                                    Attorney for Plaintiff
25                                  LINH NGUYEN

26  DATED: 6-26-06          By: _____
27                                  JAMES K. ROBERTS
                                    Attorney at Law
28

COMPLAINT FOR RESULTING TRUST, PARTITION,
QUIET TITLE, and DECLARATORY RELIEF                                  8

1          VERIFICATION

2   STATE OF CALIFORNIA, COUNTY OF ALAMEDA

3          I have read the foregoing <u>COMPLAINT FOR RESULTING TRUST, PARTITION,</u>

4   <u>QUITE TITLE, and DECLARATORY RELIEF</u>

5   _____  and   know   its

6   contents.

7          ___ CHECK APPLICABLE PARAGRAPH

8    x_   The matters stated in it are true of my own knowledge except as to those matters

9          which are stated on information and belief, and as to those matters I believe them

10         to be true.

11   ___   I am _____ an Officer _____ a partner _____ a _____ of

12         _____, a party

13         to this action, and am authorized to make this verification for and on its behalf, and

14         I make this verification for that reason.  I have read the foregoing    document and

15         know its contents.  The matters stated in it are true of my own knowledge except as

16         to those matters which are stated on information and belief, and as to those

17         matters I believe them to be true.

18   ___   I am one of the attorneys for _____, a party to this

19         action.  Such party is absent from the county of aforesaid where such attorneys

20         have their offices, and I make this verification for and on behalf of that party for that

21         reason.  I have read the foregoing document and know its contents.  I am informed

22         and believe and on that ground allege that the matters stated in it are true.

23         Executed on _____June 26, 2006_____, at _____Hayward_____,

24   California.

25         I declare under penalty of perjury under the laws of the State of California that the

26   foregoing is true and correct.

27                        _____

28                                    Signature