IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )   No. CR 07-00150-MJJ
                            Plaintiff,   )
                                         )   [PROPOSED] ORDER
vs.                                      )
                                         )
                                         )
THU THAO HUYNH,                          )
                            Defendant.   )

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the STATUS ON REVOCATION HEARING date of

August 3, 2007, scheduled at 2:30 p.m., before the Honorable Martin J. Jenkins, be vacated and

reset for November 9, 2007 at 2:30 p.m.

DATED:   10/12/07

_____
HON. MARTIN J. JENKINS
United States District Judge

ORDER