IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>THU THAO HUYNH,<br>　　　　　Defendant. | No. CR 07-00150-MJJ<br><br>~~[PROPOSED]~~ ORDER |

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the STATUS ON REVOCATION HEARING date of November 9, 2007, scheduled at 2:30 p.m., before the Honorable Martin J. Jenkins, be vacated and reset for December 7, 2007 at 2:30 p.m.

DATED:  11/06/07

_____
HON. MARTIN J. JENKINS
United States District Judge

ORDER