IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>THU THAO THI HUYNH,<br><br>      Defendant.<br>_____/ | No. 07-00150-01 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: REVIEW OF DEFENDANT'S FINANCIAL CIRCUMSTANCES AT THE END OF THE CASE |

    The Court has reviewed Magistrate Judge Brazil's Report and Recommendation Re: Review of Defendant's Financial Circumstances at the End of the Case.  No objections to the report were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that Assistant Federal Public Defender John Paul Reichmuth is appointed to represent the Defendant.  At the end of the case, the Court will review the Defendant's financial circumstances to determine whether it would be appropriate to order her to reimburse the public for some or all of the publicly-born costs of representing her in this case.

Dated: 4/15/08

                                                           */s/ Claudia Wilken*<br>
                                                        CLAUDIA WILKEN<br>
                                                        United States District Judge

cc:  WDB